WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA SUSAN FARRELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI[1], Acting Commissioner of Social Security Administration,<br><br>　　　　Defendant. | CASE NO.: 5:20-cv-01342-JC<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of THREE THOUSAND SEVEN HUNDRED THIRTY-THREE  DOLLARS and 00/cents ($3,733.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:     August 18, 2021

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　HONORABLE JACQUELINE CHOOLJIAN
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi, the Acting Commissioner of the Social Security Administration, is substituted in as the Defendant pursuant to Rule 25(d) of the Federal Rules of Civil Procedure.